■ LEWIS I. KAHN, Respondent, v. KENNETH C. COLE, Public Administrator of Westchester County, as Administrator of the Estate of VITO GONNELLA, Deceased, et al., Appellants.— Order entered on December 2, 1960, denying defendants' motion for a change of venue unanimously reversed on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements

to appellants, and the motion granted, with $10 costs. Under all the circumstances of this case, we deem it appropriate that the trial be held in Westchester County. Settle order on notice. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.